DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICCI LORENZO MOBLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-3139

[September 17, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562021CF001311.

Daniel Eisinger, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), review granted, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024); *Wainwright v. State,* 411 So. 3d 392 (Fla. 2025) (even if Erlinger v. United States, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

KUNTZ, C.J., MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***